# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES DAVID LANDAN,
                Appellant,
      vs.
MARIA JARAMILLO LANDAN,
                Respondent.

No. 82776

FILED

MAY 1 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Mathew Harter, District Judge
       Charles David Landan
       McFarling Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-13522